UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| VICTOR STANLEY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. MJG- 06-2662 (PWG) |
| | ) | |
| v. | ) | |
| | ) | |
| CREATIVE PIPE, INC., et al, | ) | |
| | ) | |
| Defendants. | ) | |

## INTERIM SEALING MOTION REGARDING MEMORANDUM AND EXHIBITS

Pursuant to L.R. 105.11, Plaintiff moves that Plaintiff's Supplemental Memorandum in Support of Motion for Order Overruling Defendants' Claims of Privilege and attached Exhibits be provisionally sealed pending resolution of that Motion. The Supplemental Memorandum and exhibits contain references to communications which Defendants maintain are attorney-client privileged communications.  Pending resolution of Plaintiff's Motion challenging those claims, Plaintiff respectfully requests that the Plaintiff's Supplemental Memorandum in Support of Motion for Order Overruling Defendants' Claims of Privilege and attached Exhibits be sealed.

Plaintiff does not contend or believe that the Supplemental Memorandum or any of the exhibits contain materials that will warrant the permanent sealing of the Supplemental Memorandum or exhibits.

Respectfully Submitted,

Dated: March 11, 2008            By: _____/s/_____
                                     Randell C. Ogg (Bar No. 22623)
                                     1150 Connecticut Avenue, N.W.
                                     Ninth Floor
                                     Washington, D.C. 20036

       Telephone:  (202) 828-4100
       Fax:  (202) 828-4130

       and

       Robert B. Wolinsky (Bar No. 26839)
       HOGAN & HARTSON L.L.P.
       555 Thirteenth Street
       Washington, D.C. 20004
       Telephone:  (202) 637-5600
       Fax:  (202) 637-591
       Attorneys for Plaintiff/Counter-defendant
       Victor Stanley, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of March, 2008, I served the foregoing through the District of Maryland Electronic Case Filing system.

                        _____/s/_____
                        Randell C. Ogg