UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| VICTOR STANLEY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. MJG- 06-2662 (PWG) |
| | ) | |
| v. | ) | |
| | ) | |
| CREATIVE PIPE, INC., et al, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING PLEADING AND EXHIBITS UNDER SEAL

Plaintiff Victor Stanley, Inc. hereby gives notice of the filing with the Office of the Clerk of the following:

Plaintiff's Supplemental Memorandum in Support of Motion for Order Overruling Defendants' Claims of Privilege and attached Exhibits.

I hereby certify that within 24 hours of the filing of this Notice, I will serve paper copies of Plaintiff's Supplemental Memorandum in Support of Motion for Order Overruling Defendants' Claims of Privilege and attached Exhibits on counsel for the Defendants.

                                                     Respectfully Submitted,

Dated: March 11, 2008          By: _____/s/_____
                                                   Randell C. Ogg (Bar No. 22623)
                                                   1150 Connecticut Avenue, N.W.
                                                 Ninth Floor
                                                 Washington, D.C. 20036
                                                 Telephone: (202) 828-4100
                                                 Fax: (202) 828-4130

                                                 and

                                                 Robert B. Wolinsky (Bar No. 26839)

> HOGAN & HARTSON L.L.P.
> 555 Thirteenth Street
> Washington, D.C. 20004
> Telephone: (202) 637-5600
> Fax: (202) 637-591
> Attorneys for Plaintiff/Counter-defendant
> Victor Stanley, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of March, 2008, I served the foregoing through the District of Maryland Electronic Case Filing system.

_____/s/_____
Randell C. Ogg