

**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND
**101 W. LOMBARD STREET**
**BALTIMORE, MARYLAND  21201**

Chambers of
**Hon. Marvin J. Garbis**
United States District Judge
410-962-7700

March 25, 2010

ALL COUNSEL OF RECORD

    Re:  <u>VSI v. CPI, MJG-06-2662</u>

Dear Counsel:

    Judge Grimm and I have reviewed your respective communications pertaining to the April 26 hearing.  The hearing will start at 10:00 a.m. (local time) at the U.S. District Court for the Central District of California, Riverside, California. Magistrate Judge Grimm will be jointly presiding by video connection in Baltimore.  The Courtroom Deputy Clerk in Riverside will be Ms. Cindy Sasse.  Counsel can call her at 951-328-4464 regarding any details.

    The hearing will commence with the testimony of Mr. Evan DeRouen.  Plaintiff may call Mr. Andreas Spruill after Mr. DeRouen testifies.  Mrs. Christi DeRouen may testify at the hearing in lieu of her coming to Maryland to testify.  She may, of course, be questioned regarding any relevant matters.

    Defendants may present further testimony from Mr. Pappas after Mr. DeRouen testifies but, absent agreement of Plaintiff to have the testimony presented in California on April 26, such further testimony shall be presented at a hearing to be held in the District of Maryland.

    Although informal, this letter is an Order of the Court.

                                            Yours truly,

                                         _____/s/_____
                                         Marvin J. Garbis
                                   United States District Judge

cc: Clerk