**Victory Stanley, et al.**

**vs.**

**Creative Pipe, et al.**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2011 JAN 18  P 4: 17

CLERK'S OFFICE
AT GREENBELT

**Civil No. MJG-06-2662**

**Defendant's Exhibits**

BY _____ DEPUTY

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 1/14/2011 | 1/14/2011 | Gerald Skalka Deposition |
| 2 | 1/14/2011 | 1/14/2011 | Mr. Ogg's bill |
| 3 | 1/14/2011 | 1/14/2011 | Letter dated 2/2/2009 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Exhibit List (Rev. 3/1999)