```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND

VICTOR STANLEY, INC.              *

          Plaintiff               *

     vs.                          *   CIVIL ACTION NO. MJG-06-2662

CREATIVE PIPE, INC., et al.       *

          Defendants              *

*    *    *    *    *    *    *    *    *
```

ORDER REQUIRING DEFENDANTS TO PAY SANCTIONS

As provided in the Order Granting Extension issued this date:

1. Defendants Mark Pappas and Creative Pipe, Inc. shall, by 5:00 P.M., Friday, February 25, 2011, pay Plaintiff the amount of $140,613.55.

2. Said payment shall be made to counsel for Plaintiff, Randall C. Ogg, Esquire.

3. Payment shall be effected by delivery of certified check, wire transfer or equivalent means of effecting transfer of funds.

SO ORDERED, on Tuesday, February 22, 2011.

                              _____/s/_____
                              Marvin J. Garbis
                              United States District Judge