```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
VICTOR STANLEY, INC.             *

        Plaintiff                *

        vs.                      *   CIVIL ACTION NO. MJG-06-2662

CREATIVE PIPE, INC., et al.      *

        Defendants               *

*       *       *       *        *        *        *        *        *
```

## JUDGMENT ORDER

By separate Order issued this date, the Court has issued its Memorandum of Decision:

Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Plaintiff Victor Stanley, Inc. against Defendants Mark Pappas and Creative Pipe, Inc. for compensatory damages of $1,150,750.79 with prejudgment interest thereon of $228,804.91, plus enhanced damages of $575,375.40 and punitive damages of $500,000.00, a total of $2,454,931.10 with judgment interest thereon with costs and legal fees.

2. Defendants Mark Pappas and Creative Pipe, Inc. are jointly and severally liable hereon.

3. Plaintiffs shall proceed with regard to legal fees and costs pursuant to Rule 109 of the Rules of this Court.

SO ORDERED, on Friday, September 30, 2011.

```
                              _____/s/_____
                                Marvin J. Garbis
                            United States District Judge
```