IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED

VICTOR STANLEY, INC.

2012 AUG 15  A 11: 34

    Plaintiff,

CLERK'S OFFICE
AT BALTIMORE

v.

BY___ . . .       *

Case No.  MJG-06-2662

CREATIVE PIPE, INC., et al.

    Defendants.

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## ORDER OF DETENTION PENDING CIVIL CONTEMPT HEARING ON AUGUST 17, 2012

The defendant, Mark A. Pappas, appeared before the court today having been arrested pursuant to a warrant issued by The Honorable Marvin J. Garbis on December 28, 2011 based upon Mr. Pappas' failure to appear before the court for Civil Contempt proceedings.  A hearing was held today in this matter to address, inter alia, the issue of defendant's release pending a Civil Contempt Show Cause hearing before Judge Garbis on Friday, August 17, 2012.

As detailed on the record during today's hearing, based upon the defendant's long history of non-compliance with the orders of this court, his lack of candor with the court, and, most notably, his failure to appear in this court on December 21, 2011, and January 26, 2012, I find by clear and convincing evidence that there is no condition or combination of conditions which will reasonably assure the defendant's appearance at the Show Cause hearing scheduled before Judge Garbis on August 17, 2012.  Accordingly, IT IS HEREBY ORDERED that the defendant Mark A. Pappas be detained pending the hearing before Judge Garbis on August 17, 2012.

The defendant is committed to the custody of the Attorney General or his/her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the U.S. Marshal shall deliver the defendant for the purpose of an appearance in connection with a court proceeding.

8 - 15 - 12
Date

Beth P. Gesner
United States Magistrate Judge

2