IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

VICTOR STANLEY, INC.                *

    Plaintiff                       *

    vs.                             *   CIVIL ACTION NO. MJG-06-2662

CREATIVE PIPE, INC., et al.         *

    Defendants                      *

*   *   *   *   *   *   *   *   *

## ORDER RELEASING MARK T. PAPPAS WITH CONDITIONS

For reasons set forth on the record of proceedings held this date, with the agreement of Defendants Creative Pipe, Inc. and Mark T. Pappas and with the deposit of the Passport of Mark T. Pappas with the Clerk:

1. The United States Marshal forthwith shall release Mark T. Pappas from Custody.

2. Mark T. Pappas shall not apply for, or acquire, another Passport except by leave of Court.

3. Mark T. Pappas shall not leave the United States without leave of Court by Order issued prior to any departure.

4. Defendants shall appear at any further hearings of this Court as may be directed by further Order of the Court.

5. Defendants shall make the following payments to Plaintiff for application to their obligations of the balance due on the sanctions imposed in the Amended And Final Judgment Order [Document 488]:

   a. On August 17, 2012 the sum of $120,000.

   b. On August 20, 2012, the sum of $50,000.

   c. By August 31, 2012 the sum of $30,000.

   d. On or before September 16, 2012 and on or before the 16th of each month thereunder until the said sanctions obligation is fully satisfied, the sum of $20,000.

6. Defendants shall, as promptly as feasible, take all steps necessary to pay to Plaintiff for application to their obligations of the balance due on the sanctions imposed in the Amended and Final Judgment Order [Document 488] all funds in bank accounts in Belize subject to their authority except that Defendants may, upon advising the Court of the full amounts available in said accounts, ask leave of the Court to exempt from this payment obligation a portion (not to exceed $50,000) of such funds.

7. Defendants shall promptly provide to Plaintiff's counsel all documents relating to the establishment of the Bank of Belize accounts and the deposit of funds therein. Defendants thereafter shall provide copies of all subsequent documents regarding compliance with ¶ 6 of the Order as they are received by Defendants or their agents.

8. Any receipts by Plaintiff with regard to the Amended and Final Judgment Order [Document 488] shall be applied to the sanction obligation thereunder until the sanction obligation is satisfied in full.

SO ORDERED, this Friday, August 17, 2012.

*/s/ Marvin J. Garbis*
Marvin J. Garbis
United States District Judge

Defendants hereby confirm that they agree to this Order and will comply with its terms:

_____                         _____
Creative Pipe, Inc.                                Mark T. Pappas
By: Mark T. Pappas