# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

FILED
U.S. DISTRICT COURT
2012 AUG 17 PM 1:40
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

RECEIVED
U.S. MARSHALS
BALTIMORE

2011 DEC 28 P 2:01

United States of America
v.

Mark T. Pappas
*Defendant*

Case No. MJG-06-2662

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Mark T. Pappas
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:  Contempt Proceedings

Date:  December 28, 2011

_____
*By: Deputy Clerk*

Address:  101 W. Lombard Street
Baltimore, Md. 21201

Felicia C. Cannon, Clerk, U.S. District Court
*Name and Title of Issuing Officer*

### Return

This warrant was received on *(date)*  12/28/2011  , and the person was arrested on *(date)*  8/6/12
at *(city and state)*  Houston, Texas

Date:  8/15/2012

_____
*Arresting officer's signature*

Evan Rubenstein, Deputy US Marshal
*Printed name and title*